[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION RE: COSTS
The court, after argument, awards the following costs, payable by the plaintiff to the defendant: CT Page 4010-KKKKK
 All proceedings before trial $ 50.00 Trial of an issue of fact 75.00 Trial of a complex issue 200.00 Subpoena — Beatrice Holt 30.00 Depositions out of state Michael Greenberg 40.00 Diagrams 600.00 Dr. Strunk 3000.00 Dr. Matthay 1400.00 Dr. Smith 3000.00 Dr. Mustalish 2500.00
The court has before it no evidence of investigative costs. In addition, the court can not find that the charge for the demonstrative exhibit is reasonable in light of the billing practices of its producer, which do not reflect the actual time spent in creation or a particular product.
The court sustains the objections to costs claimed which were related to witnesses not called, depositions not noticed by the defendant, costs previously awarded and witness preparation and deposition costs. M. DeMatteoConstruction Co. v. New London, 236 Conn. 710 (1996).
The court therefore awards the defendant $10,895.00 in costs.
By the Court
Elaine Gordon, Judge